**UNITED STATES BANKRUPTCY COURT**
EASTERN **DISTRICT OF** NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLLINS, FRANK J | § | Case No. 11-48533 NHL |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/06/2011 . The undersigned trustee was appointed on 10/06/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 35,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 24.24 |
| Bank service fees | | 437.73 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 34,538.03 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/24/2012 and the deadline for filing governmental claims was 04/03/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,250.00 , for a total compensation of $ 4,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.22 , for total expenses of $ 29.22 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2014 By:/s/ROBERT L. GELTZER
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 11-48533 NHL Judge: NANCY H. LORD
Case Name: COLLINS, FRANK J

For Period Ending: 03/11/14

Trustee Name: ROBERT L. GELTZER
Date Filed (f) or Converted (c): 10/06/11 (f)
341(a) Meeting Date: 11/08/11
Claims Bar Date: 04/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE RESIDENTIAL CONDIMINIUM UNIT LOCATED AT 85-32 DUMONT AVENUE, OZONE PARK, NEW YORK | 335,000.00 | 106,980.00 | | 35,000.00 | FA |
| 2. CHECKING ACCOUNT CHASE BANK | 1,700.00 | 0.00 | | 0.00 | FA |
| 3. APARTMENT SECURITY DEPOSIT | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. VARIOUS HOUSEHOLD ITEMS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. VARIOUS CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 6. THRIFT SAVINGS PLAN RETIREMENT COVERATE | 29,473.00 | 0.00 | | 0.00 | FA |
| 7. 2006 HYUNDAI SONATA, MILEAGE 65,000 | 7,600.00 | 0.00 | | 0.00 | FA |
| 8. SAME 2006 HYUNDAI SONATA | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $376,373.00 | $106,980.00 | | $35,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13 Current Projected Date of Final Report (TFR): 09/30/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-48533 -NHL
Case Name: COLLINS, FRANK J

Taxpayer ID No: *******5642
For Period Ending: 03/11/14

Trustee Name: ROBERT L. GELTZER
Bank Name: Union Bank
Account Number / CD #: *******6673 Checking - Non Interest

Blanket Bond (per case limit): $ 93,860,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/12 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 2,000.00 |
| 10/24/12 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 4,000.00 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,985.00 |
| 12/14/12 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 5,985.00 |
| 12/20/12 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 7,985.00 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,970.00 |
| 01/02/13 | 001001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | BOND DISBURSEMENT<br>#016027942<br>1/1/13 to 1/1/14 | 2300-000 | | 5.37 | 7,964.63 |
| 01/22/13 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 9,964.63 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,949.63 |
| 02/20/13 | 1 | DANIEL ANDRADE<br>8532 DUMONT AVENUE, APT. 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 11,949.63 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,934.63 |
| 03/22/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 13,934.63 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 14,000.00 | 65.37 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-48533 -NHL
Case Name: COLLINS, FRANK J

Taxpayer ID No: *******5642
For Period Ending: 03/11/14

Trustee Name: ROBERT L. GELTZER
Bank Name: Union Bank
Account Number / CD #: *******6673 Checking - Non Interest

Blanket Bond (per case limit): $ 93,860,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 13,919.63 |
| 04/22/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 15,919.63 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 18.40 | 15,901.23 |
| 05/21/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 17,901.23 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 20.78 | 17,880.45 |
| 06/18/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 19,880.45 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 24.49 | 19,855.96 |
| 07/17/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 21,855.96 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 26.86 | 21,829.10 |
| 08/22/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 23,829.10 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 30.85 | 23,798.25 |
| 09/18/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 25,798.25 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.30 | 25,764.95 |
| 10/22/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 27,764.95 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.27 | 27,729.68 |
| | | | | Page Subtotals | 14,000.00 | 204.95 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-48533 -NHL
Case Name: COLLINS, FRANK J

Taxpayer ID No: *******5642
For Period Ending: 03/11/14

Trustee Name: ROBERT L. GELTZER
Bank Name: Union Bank
Account Number / CD #: *******6673 Checking - Non Interest

Blanket Bond (per case limit): $ 93,860,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/19/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 29,729.68 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 39.14 | 29,690.54 |
| 12/19/13 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 31,690.54 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 40.93 | 31,649.61 |
| 01/06/14 | 001002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | #016027942<br>Term 1/1/14 to 1/1/15 | 2300-000 | | 18.87 | 31,630.74 |
| 01/22/14 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 1,000.00 | | 32,630.74 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 45.27 | 32,585.47 |
| 02/21/14 | 1 | LEDY A ANDRADE<br>8532 DUMONT AVE APT 13B<br>OZONE PARK, NY 11417 | SETTLEMENT | 1149-000 | 2,000.00 | | 34,585.47 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 47.44 | 34,538.03 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 35,000.00 | 461.97 | 34,538.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 35,000.00 | 461.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 35,000.00 | 461.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********6673 | 35,000.00 | 461.97 | 34,538.03 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 35,000.00 | 461.97 | 34,538.03 |

| | | |
|---|---|---|
| Page Subtotals | 7,000.00 | 191.65 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 11-48533 -NHL
Case Name: COLLINS, FRANK J

Taxpayer ID No: *******5642
For Period Ending: 03/11/14

Trustee Name: ROBERT L. GELTZER
Bank Name: Union Bank
Account Number / CD #: *******6673 Checking - Non Interest

Blanket Bond (per case limit): $ 93,860,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 11, 2014

Case Number: 11-48533
Debtor Name: COLLINS, FRANK J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | CLERK<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | Administrative | | $293.00 | $0.00 | $293.00 |
| 001<br>3120-00 | LAW OFFICES OF ROBERT L. GELTZER<br>1556 THIRD AVENUE, SUITE 505<br>NEW YORK, NEW YORK 10128 | Administrative | | $66.04 | $0.00 | $66.04 |
| 001<br>3110-00 | LAW OFFICES OF ROBERT L. GELTZER<br>1556 THIRD AVENUE, SUITE 505<br>NEW YORK, NEW YORK 10128 | Administrative | | $7,190.50 | $0.00 | $7,190.50 |
| 000001<br>070<br>7100-00 | New York City Department of Finance<br>59 Maiden Lane<br>New York NY 10038 | Unsecured | | $173.59 | $0.00 | $173.59 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $627.42 | $0.00 | $627.42 |
| 000003<br>070<br>7100-00 | Municipal Credit Union<br>Collections Dept.<br>22 Cortlandt Street, 20th Floor<br>New York, NY 10007 | Unsecured | | $365.24 | $0.00 | $365.24 |
| 000004<br>070<br>7100-00 | Municipal Credit Union<br>Collections Dept.<br>22 Cortlandt Street, 20th Floor<br>New York, NY 10007 | Unsecured | | $5,833.09 | $0.00 | $5,833.09 |
| 000005<br>070<br>7100-00 | Municipal Credit Union<br>Collections Dept.<br>22 Cortlandt Street, 20th Floor<br>New York, NY 10007 | Unsecured | | $8,570.50 | $0.00 | $8,570.50 |
| 000006<br>070<br>7100-00 | Newlyn Estates Association<br>c/o Deutsch & Schneider, LLP<br>79-37 Myrtle Ave<br>Glendale, NY 11385 | Unsecured | | $3,160.00 | $0.00 | $3,160.00 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $2,092.66 | $0.00 | $2,092.66 |
| 000008<br>080<br>7200-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $9,217.53 | $0.00 | $9,217.53 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 11, 2014

Case Number: 11-48533
Debtor Name: COLLINS, FRANK J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $37,589.57 | $0.00 | $37,589.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-48533 NHL
Case Name: COLLINS, FRANK J
Trustee Name: ROBERT L. GELTZER

| Balance on hand | $ | 34,538.03 |
|---|---|---|

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT L. GELTZER | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: ROBERT L. GELTZER | $ 29.22 | $ 0.00 | $ 29.22 |
| Attorney for Trustee Fees: LAW OFFICES OF ROBERT L. GELTZER | $ 7,190.50 | $ 0.00 | $ 7,190.50 |
| Attorney for Trustee Expenses: LAW OFFICES OF ROBERT L. GELTZER | $ 66.04 | $ 0.00 | $ 66.04 |
| Charges: CLERK | $ 293.00 | $ 0.00 | $ 293.00 |

| Total to be paid for chapter 7 administrative expenses | $ 11,828.76 |
|---|---|
| Remaining Balance | $ 22,709.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,822.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | New York City Department of Finance | $ 173.59 | $ 0.00 | $ 173.59 |
| 000002 | American Express Centurion Bank | $ 627.42 | $ 0.00 | $ 627.42 |
| 000003 | Municipal Credit Union | $ 365.24 | $ 0.00 | $ 365.24 |
| 000004 | Municipal Credit Union | $ 5,833.09 | $ 0.00 | $ 5,833.09 |
| 000005 | Municipal Credit Union | $ 8,570.50 | $ 0.00 | $ 8,570.50 |
| 000006 | Newlyn Estates Association | $ 3,160.00 | $ 0.00 | $ 3,160.00 |
| 000007 | Capital One, N.A. | $ 2,092.66 | $ 0.00 | $ 2,092.66 |

Total to be paid to timely general unsecured creditors $ 20,822.50

Remaining Balance $ 1,886.77

Tardily filed claims of general (unsecured) creditors totaling $ 9,217.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 20.5 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Citibank, N.A. | $ 9,217.53 | $ 0.00 | $ 1,886.77 |

Total to be paid to tardy general unsecured creditors $ 1,886.77

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE